**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **JASON EUGENE #388863** | **CASE NO. 1:18-CV-01077** |
| **VERSUS** | **JUDGE DRELL** |
| **KEITH DEVILLE ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### <u>MEMORANDUM ORDER</u>

Before the court is a complaint filed on August 20, 2018.  Upon review of the record, the

Court finds that the plaintiff's suit is not in proper form for the following reasons:

Plaintiff has failed to submit either the $400.00 to file a complaint or a completed application to proceed *in forma pauperis*.  **Plaintiff must either send $400.00 or a completed *in forma pauperis* application <u>on approved forms</u> in order to proceed.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this

order, amend the pleadings by submitting the information indicated above to the following

address: **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT COMPLAINT BEING STRICKEN FROM THE RECORD.**

THUS DONE in Chambers on this ___22nd___ day of _____August_____, 2018.

_____
Joseph H. L. Perez-Montes
United States Magistrate Judge

w/Enclosures to plaintiff: IFP application