UNITED STATES DISTRICT COURT
Western District of Louisiana
ALexandria Division

RECEIVED

NOV 28 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

Jason Eugene, 388863

V.

Keith DEVILE, Et Al

Civil Action No.1:18-CV-1077-P
Judge Dee D. Drell
Magistrate Judge Perez-Montes

Supplemental Complaint

1 On 5/28/18. Eugene submitted to Warden Deville Another letter informing him of a chronology of events in his quest for dentures and medical care at Winn. (Ex A.)

2 Warden Deville failed to respond; however, in a second step response to the Administrative Remedy Process in connection with Eugene request for dentures, Deville expressed, "The matter concerning dentures has been fully Addressed," even though Deville knew Eugene was having difficulty eating. (EXB)

3 Eugene did not pursue the matter further because of Deville's response which discouraged him as being "fully addressed."

4 Moreover, Eugene did not appeal Deville's decision as Deville is the last step respondent.

5 Offenders are now directed to seek relief in the Winn Parish District Court upon completion of the second step; instead of appealing the second step to the Secretary of correction as Eugene feel is incorrect. (Ex at bottom of page)

6 Eugene avers that he just discovered that according to the LaSalle Corrections, Offender Handbook, pg 20, expresses, "we do not provide dentures or other cosmetic devices to enhance appearance." (ExC)

7 Eugene contends that LaSalle Corrections and/or LaSalle management policy of not providing dentures for offenders is the root of being denied dentures. (Eugene desire to amend his complaint by adding LaSalle Corrections or LaSalle Management as an additional party and its liability for damages.)

8 Eugene contends said policy as appearing on page 20 of the handbook is unconstitational where in LaSalle Mangement is responsible for some and liability is imputed under such circumstances.

Claim 4

Plaintiff incorporate by reference that the allegations contained here in connection with the denial of dentures is the result of unconstitutional policies implemented by Lasalle Management and sanctioned by the Secretary of the Louisiana Dept. of Corrections which clearly denies offenders access to adequate medical care while exhibiting deliberate indifference thrisby violating the ban on cruel and unusual punishment in contravention of the Eight Amendment, U.S.C.

Relief

| | |
|---|---|
| Compensatory damages | $50,000.00 |
| Pain and Suffering | $30,000.00 |
| mental Arguish | $30,000.00 |
| Punitive damages | $50,000.00 |

To be anarded severally

I verify under penalties of perjury that the foregoing is true and correct to the best of my knowledge.

388863
Pris. NO.

_____
Signature