**RECEIVED**

FEB 04 2019



TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

United States District Court
Western District Louisiana
Alexandria Division

Jason Eugene  388863          Civil Action No. 1:18-CV-1077.P

V.                            Judge Drell

Keith Deville, ET AL          Magistrate Judge Perel-montes

Objections to the Magistrate's Report
and Recommendations

Now into court comes me plaintiff, Jason Eugene, who
submit the following Objections to the Magistrate's Report and
Recommendations dated 12/19/18, based on the following:

May it Please the court;

This action is predicated upon Eight Amendment violations of
Eugene civil rights where upon he's alleging that an the unnecessary
or intentional delay in providing access to medical treatment
under the ciramstances mentioned herein exhibited deliberate
indifference to his serious medical needs. Eugene avers that he's
complaint does not regard nor does he disagree with the
treatment he received, only the delay in receiving treatment ie. A ten
month delay in receiving dental treatmant for swollen bleeding
gums, abcess, broken-decayed teeth, associated with severe pain,
fever, inability to chew food, and head aches.

RECEIVED

FEB 04 2019

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY


Objection No.1

    The Magistrate clearly error by contruing his claim as one that disagreed with the treatment he received and not one complaining above the amount of time.it took to receive treatment.

    It is clearly estaplish that the prison official is deliberately in different to serious medical needs of prisons if intentionall,denies or delays access to medical care. Walker v. Butler, 967 i2d 176,178 (5th cir.1992); Thompkins v. Belt, 828 F.2d 298,303 (5th cir.1987) (seven month delay in addressing broken tooth supponted deliberate indifferenee claim. Goodnew v. Palm, 264 F.3d 125,130,134 (D. Ut.2003) (three month delay in treating a tootheche in the face of the prisoner's repented complaints supported deliberate indeffence claim. Moore v. Jackson, 123 F.3d 1082,1083 N3 (8th cir.1997) (three week delay in dental care cited in finding an Eight Amendment violation. Fambro v.Fulton county, Ga-, 713 F. Supp.1426-31 (N.B. Ga. 1989)

### Conclusion

    Eugene contends there are numerous findings that substantial delay in receiving treatment violates the constitutions ~~due~~ to pain. Eugene Suffered ████ pain for ten months which is repugnant. The magistrate's report will give this facility a license to unnessarily.delay an offender ████ medical care up to a year as ten months is two months shy of a year it is finding are error. For this Reason, there ~~~~ motion to dismiss my case should be denied.     Respectfully

                    Jason Eugene