UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JASON EUGENE                                                    CASE NO. 18-cv-1077

-vs-                                                                         JUDGE DRELL

KEITH DEVILLE ET AL                        MAGISTRATE JUDGE PEREZ-MONTES

## O R D E R OF REFERRAL

Considering the partial remand of this case by the U.S. Fifth Circuit Court of Appeals, and the Mandate having issued (See Circuit Docket #19-30168), the remanded matter is referred to Magistrate Judge Joseph Perez-Montes for further consideration in preparation of a Report and Recommendation addressing same. The Magistrate Judge should conduct an in camera review of Jason Eugene's medical records and any other appropriate documents deemed necessary during his consideration.

THUS DONE AND SIGNED at Alexandria, Louisiana this 20 day of March, 2020.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT