a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JASON EUGENE, Plaintiff | CIVIL DOCKET NO. 1:18-CV-1077-P |
| VERSUS | JUDGE DRELL |
| KEITH DEVILLE, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Before the Court, on partial remand from the United States Court of Appeal for the Fifth Circuit, is the civil rights Complaint and Amended Complaint (ECF Nos. 1, 10) under 42 U.S.C. § 1983 of *pro se* Plaintiff Jason Eugene ("Eugene") (#388863). Eugene is an inmate in the custody of the Louisiana Department of Corrections, incarcerated at the Winn Correctional Center ("WCC") in Winnfield, Louisiana. Eugene challenges the medical care he received at WCC.

Because additional information is needed to determine whether his constitutional rights were violated regarding the alleged delay in dental treatment, Eugene must supplement his Complaint with the documentation outlined below.

I.    Background

Eugene alleged that he sought dental treatment due to "broken and decayed teeth."  ECF No. 1 at 4.  Eugene alleged that he was first examined by a dentist 10 months after his request, and the dentist extracted six teeth.  The following month, the dentist extracted six more teeth.  ECF No. 1 at 4.  Eight additional teeth were extracted in the months that followed.  ECF No. 1 at 5.

In December 2017, Eugene submitted a request for dentures and treatment for Hepatitis C.  In response to Eugene's request, Medical Director Randi Price stated: "You are in clinic for hepatitis and they monitor labs.  As long as your labs are normal with [sic] yours are good that's all that needs to be done."  ECF No. 1 at 5.  In January 2018, Defendant Price reviewed Eugene's chart and responded that weekly weight checks were being conducted and a soft food diet was prescribed.  ECF No. 1-2 at 6, ECF No. 11-1 at 3.  Defendant Price reminded Eugene that dentures were not guaranteed.  *See id.*

In March 2018, Eugene submitted a letter to Warden Deville requesting treatment for Hepatitis C and a transfer to another facility.  ECF No. 1 at 5.  Eugene alleges he filed an administrative grievance for the failure to provide dentures and Hepatitis treatment.  *See id.*  Eugene claims he did not obtain relief and, untreated, his Hepatitis C could harm his liver and necessitate a transplant in the future.  *See id.*

In an amended complaint, Eugene claims the prison has a policy of denying dentures, which is unconstitutional.  ECF No. 10.

The Court denied and dismissed Eugene's Complaint.  ECF No. 16.  Eugene appealed, and the United States Court of Appeal for the Fifth Circuit affirmed in part, but remanded Eugene's claim regarding a delay in dental treatment.  ECF No. 22.

II.    Instructions to Amend

In order to determine whether Defendants violated Eugene's constitutional rights regarding a delay in medical treatment, Eugene should supply the Court with

any medical records regarding his dental problems from 2016-2018.  Eugene should also provide copies of any grievances and responses received regarding the delay in dental treatment.

### III.   Conclusion

IT IS ORDERED that Eugene file the documents requested within 30 days of the filing of this Order, or dismissal of this action will be recommended under Rule 41(b) of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED in Alexandria, Louisiana, on this __23rd__ day of March 2020.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE