a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JASON EUGENE #188905,                     CIVIL DOCKET NO. 1:18-CV-01077
Plaintiff                                                                SEC P

VERSUS                                                           JUDGE DRELL

KEITH DEVILLE ET AL,                  MAGISTRATE JUDGE PEREZ-MONTES
Defendants

---

## MEMORANDUM ORDER

The Court ordered the parties to complete all appropriate discovery within 60 days from the filing of the Answer.  ECF No. 28 at 3.  It was further ordered:

> Thereafter, and not before, if deemed appropriate, Plaintiff or Defendants may file a motion for summary judgment within thirty (30) days of the end of discovery, to include material and relevant affidavits, certified records, interrogatories and answers, admissions and depositions, if any, and a supporting memorandum brief.  If, in violation of this Order, a motion for summary judgment or alternative motion for summary judgment is filed before an answer is filed or before the time for discovery has elapsed, the motion for summary judgment will be summarily denied or stricken as in violation of this Order, and sanctions may be imposed.
>
> **Any party not filing a motion for summary judgment SHALL FILE a STATEMENT OF ISSUES within the same period, which shall enumerate each genuine issue of material fact perceived by that party which is relevant to this matter, or state that there are none. This statement will be used by the Court to determine the necessity for an evidentiary hearing.**

ECF No. 28 at 3-4.  The discovery period has ended, and neither Eugene nor Defendants have filed a Motion for Summary Judgment or complied with the Order

1

to file a Statement of Issues in the absence of a Motion for Summary Judgment within 30 days of the end of the discovery period.

Therefore, IT IS ORDERED that the parties comply with the prior Order (ECF No. 28) by filing a Motion for Summary Judgment or Statement of Issues within 30 days of the date of this Order.  A failure to comply may result in the dismissal of this case or other appropriate sanctions.

SIGNED on Wednesday, March 24, 2021.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE