UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JASON EUGENE(#388863)                CIVIL ACTION NO. 1:18-CV-1077 - P

                                     JUDGE DRELL

V.

KEITH DEVILLE, WARDEN,               MAGISTRATE JUDGE PEREZ-MONTES
ET AL

## ORDER

This Motion for Leave to Take Deposition having been considered, it is:

ORDERED that the Motion of Defendants, WARDEN KEITH DEVILLE AND JODY FLOYD, is GRANTED and the Zoom Video Conference deposition of JASON EUGENE be ordered for Monday, April 5, 2021, commencing at 10:00 a.m., at the Bayou Correctional Center, 196 Old Hwy 65 South, Tallulah, LA 71282, (318) 574-0225.

IT IS FURTHER ORDERED that Jason Eugene answer the questions presented to him during the course of the deposition. Jason Eugene is also specifically instructed that should he fail to answer questions posed to him during the course of his deposition he may be subject to penalties as allowed by law, including the dismissal of his suit.

THUS DONE AND SIGNED this 31st day of March, 2021, at Alexandria, Louisiana.

HONORABLE PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE