**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

JASON EUGENE(#388863)                    CIVIL ACTION NO. 1:18-CV-1077 - P

                                         JUDGE DRELL

V.

KEITH DEVILLE, WARDEN,            MAGISTRATE  JUDGE PEREZ-MONTES
ET AL

**ORDER**

Considering the foregoing  Motion for Leave to Seal Documents, it is:

ORDERED that Defendants, WARDEN KEITH DEVILLE AND JODY FLOYD, be granted

leave to file Memorandum In Support of Motion For Summary Judgment, with attached exhibits,

and a Statement of Uncontested Material Facts under seal.

SIGNED on Monday, April 26, 2021.

_____
   **HONORABLE  JOSEPH H. L. PEREZ-MONTES**
   **UNITED STATES MAGISTRATE JUDGE**