**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

JASON EUGENE(#388863)                    CIVIL ACTION NO. 1:18-CV-1077 - P

                                         JUDGE DRELL

V.

KEITH DEVILLE, WARDEN,            MAGISTRATE  JUDGE PEREZ-MONTES
ET AL

**ORDER**

Considering the foregoing motion;

IT IS HEREBY ORDERED that the MOTION FOR EXTENSION OF TIME TO FILE

OPPOSITION is GRANTED and that any current deadline for responding to Plaintiff's Motion for

Summary Judgment filed April 13, 2021 [Doc. 47], be upset and that the Defendants be given thirty

(30) days from the date of the Court's Notice of Motion Setting Without Date, signed May 12, 2021

[Doc. 55], to file any Opposition to that Motion.

SIGNED on Monday, May 17, 2021.

_____
      **UNITED STATES DISTRICT COURT JUDGE**