**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**JASON EUGENE(#388863)**                    **CIVIL ACTION NO. 1:18-CV-1077 - P**

                                             **JUDGE DRELL**

**V.**

**KEITH DEVILLE, WARDEN,**        **MAGISTRATE  JUDGE PEREZ-MONTES**
**ET AL**

## ORDER

Considering the foregoing  Motion for Leave to Seal Documents, it is:

ORDERED that Defendants, WARDEN KEITH DEVILLE AND JODY FLOYD, be granted

leave to file Memorandum In Opposition to Plaintiff's Motions For Summary Judgment, with

attached exhibits, and a Statement of Material Facts under seal.

SIGNED on Monday, June 14, 2021.

  **HONORABLE  JOSEPH H. L. PEREZ-MONTES**
    **UNITED STATES MAGISTRATE JUDGE**