**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**JASON EUGENE #188905**                    **CASE NO.  1:18-CV-01077 SEC P**

**VERSUS**                                                    **JUDGE DRELL**

**KEITH DEVILLE ET AL**                     **MAGISTRATE JUDGE PEREZ-MONTES**

**MINUTES OF COURT:**
**Motion Hearing**

| | | |
|---|---|---|
| Date: | July 20, 2021 | Presiding: Magistrate Judge Joseph H. L. Perez-Montes |
| Court Opened: | 3:00 p.m. | Courtroom Deputy: Yvonna Tice |
| Court Adjourned: | 3:15 p.m. | Court Reporter: Zoom Recording |
| **Statistical Time:** | **00:15** | Courtroom: Video Conference |

**APPEARANCES**

| | | | |
|---|---|---|---|
| Jason Eugene, Plaintiff, by video | | | Pro Se |
| Eli Meaux, by video | | For | Keith Deville, Defendant |

**PROCEEDINGS**

Motion Hearing, [58] Motion to Produce Documents]

---

**RULINGS/COMMENTS:**
Motion to Produce Documents, [58], **DENIED**.