UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JASON EUGENE,                           CIVIL ACTION NO. 1:18-CV-01077
Plaintiff

VERSUS                                  JUDGE DRELL

KEITH DEVILLE, *ET AL.*,                MAGISTRATE JUDGE PEREZ-MONTES
Defendants

---

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Eugene's Motion for Summary Judgment (ECF No. 47) is DENIED, and that Eugene's Attachment (ECF No. 54) is CONSTRUED as a brief and exhibits in support of the Motion (ECF No. 47) and shall be docketed accordingly.

IT IS FURTHER ORDERED that Deville's and Floyd's Motion for Summary Judgment (ECF No. 51) is GRANTED, and Eugene's remaining claims of deliberate indifference and supervisory liability against Deville and Floyd are DISMISSED WITH PREJUDICE.[1]

IT IS FURTHER ORDERED that LeBlanc and LMC are DISMISSED WITHOUT PREJUDICE under L.R. 41.3 for failure to effect service.

---

[1] No claims remain as to Deville or Floyd. Eugene's claims of deliberate indifference and supervisory liability remain as to the remaining named and served Defendants as those claims were not before the Court.

THUS, ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this __16__ day of March 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT