UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JASON EUGENE #188905** | **CASE NO. 1:18-CV-01077 SEC P** |
| **VERSUS** | **JUDGE DRELL** |
| **KEITH DEVILLE ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## ORDER

Plaintiff has been served more than fourteen (14) days ago with a Notice of Intent to Dismiss this case under **LR 41.3** for the reason that no action toward the prosecution of this civil action has been taken within six (6) months and Plaintiff has failed to show good cause for this deficiency. Accordingly,

**IT IS ORDERED that this action be dismissed in its entirety**. This action may be reinstated within thirty (30) days for good cause shown.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

THUS DONE January 10, 2023.

TONY R. MOORE
CLERK OF COURT